NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LISA BROOKS CARLSON,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3112

---

Petition for review of the Merit Systems Protection Board in No. DC831E130148-I-1.

---

## ON MOTION

---

## O R D E R

Upon consideration of the Office of Personnel Management's motion to electronically file its principal brief out of time,

IT IS ORDERED THAT:

The motion is granted.

CARLSON V. OPM                                                                2

FOR THE COURT


/s/  Daniel E. O'Toole
        Daniel E. O'Toole
        Clerk


s27